1  Charles L. Rees (State Bar No. 200682)
   Attorney at Law
2  424 F Street, Suite D
   San Diego, California  92101
3  Telephone:  (619) 239-9300
   Facsimile:   (619) 702-5415
4

5  Attorney for **Jose Alberto De Zabala**

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,    )    Criminal No. 08CR631BEN
                                 )
12          Plaintiff,            )
                                 )    JOINT MOTION TO CONTINUE SENTENCING
13          v.                    )    HEARING
                                 )
14  JOSE ALBERTO DE ZABALA,      )
                                 )
15          Defendant.            )
                                 )
16  _____)

17
            IT IS HEREBY REQUESTED by the parties in this case, defendant Jose Alberto De Zabala,
18
    by and through his counsel, CHARLES L. REES, and the United States Attorney's Office, by and through
19
    Assistant United States Attorney, David Leshner, that the sentencing hearing in the above-entitled case,
20
    scheduled for June 16, 2008, at 9:00 a.m., be continued until July 21, 2008, at 9:00 a.m.  The parties further
21
    agree that the time between June 16, 2008, until July 21, 2008, is excludable under the Speedy Trial Act,
22
    until the acceptance of the plea agreement.
23
            A proposed order with respect to this joint motion is being e-mailed directly to the Court.
24
    Dated:      June 13, 2008           /s/ David Leshner
25                                      DAVID LESHNER
                                        Assistant United States Attorney
26
    Dated:      June 13, 2008           /s/ Charles L. Rees
27                                      CHARLES L. REES
                                        Attorney for Mr. De Zabala
28