Charles L. Rees (State Bar No. 200682)
Attorney at Law
424 F Street, Suite D
San Diego, California  92101
Telephone:   (619) 239-9300
Facsimile:    (619) 702-5415

Attorney for **Jose Alberto De Zabala**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR631BEN |
| ) | |
| Plaintiff, ) | |
| ) | JOINT MOTION TO CONTINUE SENTENCING |
| v. ) | HEARING |
| ) | |
| JOSE ALBERTO DE ZABALA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

　　　　IT IS HEREBY REQUESTED by the parties in this case, defendant Jose Alberto De Zabala, by and through his counsel, CHARLES L. REES, and the United States Attorney's Office, by and through Assistant United States Attorney, David Leshner, that the sentencing hearing in the above-entitled case, scheduled for July 21, 2008, at 9:00 a.m., be continued until August 4, 2008, at 9:00 a.m.  The parties further agree that the time between July 21, 2008, until August 4, 2008, is excludable under the Speedy Trial Act, until the acceptance of the plea agreement.

　　　　A proposed order with respect to this joint motion is being e-mailed directly to the Court.

Dated:　　　July 18, 2008　　　　　/s/ David Leshner
　　　　　　　　　　　　　　　　　　DAVID LESHNER
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:　　　July 18, 2008　　　　　/s/ Charles L. Rees
　　　　　　　　　　　　　　　　　　CHARLES L. REES
　　　　　　　　　　　　　　　　　　Attorney for Mr. De Zabala